_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  8:18-cv-00963-JLS-JDE                                    Date: August 09, 2018
Title: Thomas Foskaris v. Alteryx, Inc.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:            Attorneys Present for Defendant:

Not Present                                                Not Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: CONSOLIDATION**

    It appears to the Court that this action is related under Local Rule 83-1.3 to *Kacur v. Alteryx, Inc.*, 8:17-cv-02222-JLS-KES and *Ruderman et al. v. Alteryx, Inc.*, 8:18-cv-00022-JLS-KES, which were previously consolidated.  (Order re: Consolidation, 8:17-cv-02222-JLS-KES, Doc. 33.)  *See* C.D. Cal. R. 83-1.3.

    Accordingly, the Court ORDERS the parties to show cause, in writing, why this case should not also be consolidated.  Any response should be filed within **ten (10) days** of entry of this Order.  Failure to file a response will be deemed consent to consolidation.

Initials of Preparer:  tg